IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case No. _____

_____
                                          )
KATHERINE J. KENNEDY,                     )
                                          )
          Plaintiff,                      )
                                          )
     vs.                                  )
                                          )
                                          )
UNUM LIFE INSURANCE COMPANY OF            )
AMERICA; and AMERICAN                     )
INTERNATIONAL GROUP, INC. WELFARE         )
BENEFITS PLAN,                            )
                                          )
          Defendants.                     )
_____      )

## COMPLAINT

PRELIMINARY STATEMENT[1]

Kathryn J. Kennedy ("Plaintiff") brings this ERISA action against Unum Life Insurance Company of America ("Unum") and American International Group, Inc. Welfare Benefits Plan (the "Plan"), to secure long-term disability and other benefits to which Plaintiff is entitled under the Plan, which is administered by Unum. Plaintiff is covered under the Plan by virtue of her employment with American International Group, Inc. ("AIG"), the sponsor of the Plan.

---

[1] This Preliminary Statement gives a synopsis of Plaintiff's claims and is not intended as an allegation to be answered by Defendants.

## PARTIES

1. Plaintiff is a citizen and resident of North Carolina.

2. Defendant Unum is a properly organized business entity doing business in the state of North Carolina.

3. The Plan is an employee welfare benefit plan organized and subject to the Employee Retirement Income Security Act ("ERISA"), ERISA, 29 U.S.C. §§ 1001, *et. seq.* and the regulations promulgated thereunder. At all times pertinent to this action, AIG sponsored and maintained the Plan. The Senior Director, Employee Benefits of AIG is the plan administrator for the Plan under ERISA because it is named as the plan administrator in the Plan under ERISA § 3(16), 29 U.S.C. § 1002(16).

## JURISDICTION AND VENUE

4. This court has jurisdiction to hear this claim pursuant to 28 U.S.C. § 1331, in that the claim arises under the laws of the United States. Specifically, Plaintiff brings this action to enforce her rights under ERISA, as allowed by ERISA § 502, 29 U.S.C. § 1132.

5. Venue in the Western District of North Carolina is appropriate by virtue of the Defendants doing business and being found in this District.

## FACTUAL ALLEGATIONS

6. At all times relevant to this action, Plaintiff has been a covered beneficiary under the Plan by virtue of her employment with AIG.

7. The Plan offers short term disability ("STD") and long term disability ("LTD") benefits.

8. Under the terms of the Plan, Defendant Unum administers the Plan and has authority to grant or deny benefits.

9. Defendant Unum has a fiduciary obligation to Plaintiff to administer the Plan fairly, and to determine benefits according to the terms of the Plan.

10. Plaintiff is a 44-year-old woman who worked for AIG as a Financial Advisor until on or about December 21, 2018. At that time, Plaintiff's impairments became so severe that she could no longer work, and she was forced to leave her employment.

11. Plaintiff suffers from multiple debilitating physical conditions including intractable muscle spasms and cramps, chronic migraines, extreme and chronic fatigue, dizziness, brain fog, memory loss, lightheadedness, and other cognitive difficulties, as well as other physical ailments, which prevent her from performing the material and substantial duties of her regular occupation or any gainful occupation for which she is reasonably fitted by education, training or experience.

12. Plaintiff applied to the Reed Group, then the claim administrator for the Plan disability benefits, for short-term disability benefits based on submitted medical evidence showing that she was totally disabled. The Reed Group awarded Plaintiff STD benefits, and she was paid STD benefits through May 2019.

13. On or about June 1, 2019, AIG/the Plan transitioned employee STD/LTD benefit administration from the Reed Group to Defendant Unum.

14. Despite the Reed Group's approval of Plaintiff's STD benefits for over five months and through late May, 2019, after Defendant Unum took over the administration of the Plan, Defendant Unum denied Plaintiff's claim for her remaining few weeks of STD benefits. Defendant Unum issued its denial of Plaintiff's claim for STD benefits in or about February 2020.

15. Plaintiff also applied to Defendant Unum and the Plan for LTD benefits and submitted medical information showing that she is totally disabled. However, Defendant Unum denied Plaintiff's claim for LTD benefits on or about October 17, 2019.

16. Plaintiff pursued her administrative remedies set forth in the Plan by requesting administrative review of Defendant Unum's denial of benefits. She submitted additional information to show that she is totally disabled.

17. Defendant Unum denied Plaintiff's appeal of her claim for her remaining STD benefits and LTD benefits. To the extent required under law, Plaintiff exhausted her administrative remedies, and her claim is ripe for judicial review pursuant to ERISA § 502, 29 U.S.C. § 1132.

18. Defendants have wrongfully denied benefits to Plaintiff in violation of the Plan provisions and ERISA for the following reasons:

   a. Plaintiff is totally disabled, in that she cannot perform the material and substantial duties of her regular occupation or any gainful occupation for which she is reasonably fitted by education, training or experience;

   b. Defendant Unum failed to accord proper weight to the evidence in the administrative record showing that Plaintiff is totally disabled; and

   c. Defendant Plan has violated its contractual obligation to furnish STD and LTD benefits to Plaintiff.

### FIRST CLAIM FOR RELIEF: WRONGFUL DENIAL OF BENEFITS UNDER ERISA, 29 USC § 1132

19. Plaintiff reincorporates and realleges the allegations contained at the foregoing paragraphs as if fully set forth herein.

20. Defendants Unum and the Plan have wrongfully denied benefits to Plaintiff in

violation of the Plan provisions and ERISA for the following reasons:

  a. Plaintiff has been wrongfully denied short-term and long-term disability benefits;

  b. Defendant Unum failed to accord proper weight to the evidence in the administrative record; and

  c. Defendant Plan has violated its contractual obligation to furnish disability benefits to Plaintiff.

SECOND CLAIM FOR RELIEF:
ATTORNEY'S FEES UNDER ERISA § 502, 29 USC § 1132

21. Plaintiff reincorporates and realleges the allegations contained at the foregoing paragraphs as if fully set forth herein.

22. Plaintiff is entitled to her attorney's fees and costs pursuant to ERISA § 502(g), 29 U.S.C. § 1132(g).

  WHEREFORE, Plaintiff prays that the Court:

1. Grant Plaintiff declaratory and injunctive relief, finding that she is entitled to STD and LTD benefits under the terms of the Plan, and that Defendants be ordered to pay STD and LTD benefits according to the terms of the Plan until such time as Plaintiff is no longer disabled or reaches the maximum age for which benefits are provided under the Plan;

2. Grant Plaintiff injunctive and declaratory relief providing that she is entitled to any other associated or related benefits sponsored or maintained by Defendants for which Plaintiff qualifies as a result of her disability;

3. Enter an order awarding Plaintiff all reasonable attorneys' fees and expenses incurred as a result of Defendants Plan's and Unum's wrongful denial in providing benefits to Plaintiff;

4. Enter an order awarding Plaintiff pre-judgment interest and, to the extent applicable, post-judgment interest; and

5. Enter an award for such other and further relief as may be just and appropriate.

Respectfully submitted this 10th day of May 2023.

Respectfully Submitted,

*s/ Bryan L. Tyson*
Bryan L. Tyson (N.C. Bar. No. 32182)
Hannah Auckland (N.C. Bar. No. 35953)
Marcellino & Tyson, PLLC
2200 East 7th Street, Suite 100
Charlotte, North Carolina 28204
Telephone: 704.919.1519
Fax: 980.219.7025
bryan@yourncattorney.com
hauckland@yourncattorney.com

**Attorneys for Plaintiff Katherine J. Kennedy**