IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-277-GCM-DCK

| KATHERINE J. KENNEDY, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, and AMERICAN INTERNATIONAL GROUP, INC. WELFARE BENEFITS PLAN, | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) filed by Gemma L. Saluta, concerning Nikole Crow, on August 2, 2023. Nikole Crow seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) is **GRANTED**. Nikole Crow is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: August 2, 2023

David C. Keesler
United States Magistrate Judge