# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:23-CV-277-GCM-DCK

| | |
|---|---|
| KATHERINE J. KENNEDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNUM LIFE INSURANCE COMPANY ) | |
| OF AMERICA, and AMERICAN ) | |
| INTERNATIONAL GROUP, INC. ) | |
| WELFARE BENEFITS PLAN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Calvin B. Bennett III, filed a "Certification Of Mediation Session" (Document No. 13) notifying the Court that the parties reached a partial settlement on November 14, 2023. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a partial Stipulation of Dismissal in this case on the claims that were settled, or in the alternative request an extension of time to file such dismissal, on or before **December 21, 2023**.

**SO ORDERED**.

Signed: November 21, 2023

David C. Keesler
United States Magistrate Judge